## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. C-1-02-431 |
| Plaintiff, | : | (Judge Spiegel) |
| vs. | : | |
| REAL PROPERTY KNOWN AND NUMBERED AS 9550 SHORE DRIVE, UNITS 839A and 839B, SANDS OCEAN CLUB III, MYRTLE BEACH, HORRY COUNTY, SOUTH CAROLINA, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, | : : : : | **STIPULATION EXTENDING CLAIMANT'S TIME TO FILE ANSWER** |
| Defendant. | : | |

The parties to the above-captioned matter hereby agree and stipulate, by and through their respective undersigned counsel, that the Claimant, Richard W. Erpenbeck, in the above-titled action shall have an additional sixty (60) day extension, up to and including September 22, 2004, in which to answer the Complaint For Forfeiture In Rem filed by the United States of America against the property to which he is the titled owner. This in addition to the previous extensions by stipulation from the date on which his Proof of Claim was filed.

The parties further agree to stipulate that the basis for this extension is continuing negotiations and cooperation by the Claimant in resolving this matter and other related government investigations.

/s/ Thomas D. Heekin, Jr.
Thomas D. Heekin, Jr.(#0040784)
Attorney for Claimant
Richard W. Erpenbeck
Heekin & Heekin
American Bldg., Suite 111
30 E. Central Parkway
Cincinnati, Ohio  45202
PH:   (513) 345-5560
FAX: (513) 345-5565



/s/Kathleen Brinkman
Kathleen Brinkman
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

(2)