UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     PLAINTIFF, | : | CASE NO. C-1-02-431 |
| | : | (consolidated with C-1-02-359, |
| V. | : | C-1-02-388, and C-1-02-474) |
| REAL PROPERTY KNOWN AND | : | Lead Case C-1-02-367 |
| NUMBERED AS 9550 SHORE DRIVE, | : | |
| UNITS 839 A AND B, SANDS OCEAN | : | |
| CLUB MYRTLE BEACH HORRY | : | |
| HORRY COUNTY, SOUTH CAROLINA, | : | |
| WITH ALL APPURTENANCES, | : | |
| IMPROVEMENTS, AND ATTACHMENTS | : | |
| THEREON, et al., | : | |
|     DEFENDANTS. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**

Pursuant to Local Rule 83.4(d), notice is hereby given that Donetta D. Wiethe, Assistant United States Attorney, is hereby substituted as Trial Attorney of Record in the within cause for the Plaintiff, United States of America, in the place and instead of former Assistant United States Attorney, Kathleen M. Brinkman. This substitution is being made with the knowledge and consent of the Plaintiff. A notice of substitution was filed in the lead case on October 20, 2004 (Doc. 160).

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney

s/Kathleen M. Brinkman      s/Donetta D. Wiethe
KATHLEEN M. BRINKMAN (0016269)      DONETTA D. WIETHE (0028212)
Attorney at Law      Assistant United States Attorney
P.O. Box 854      Attorney for Plaintiff
Cincinnati, Ohio 45201      221 East Fourth Street, Suite 400
(513) 723-0332      Cincinnati, Ohio 45202
kbrinkma@aol.com      (513) 684-3711 Fax: (513) 684-6972
     Donetta.Wiethe @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel of Record was served on this 3nd day of November, 2006 electronically upon Thomas D. Heekin; Cynthia M. Roselle; and Kathleen Brinkman and by regular U.S. Mail on the following:

Susan J. Moeller Argo
Attorney for Provident Bank
Fifth Third Bank
38 Fountain Square Plaza MD 10AT76
Cincinnati, Ohio 45263

                                                s/Donetta D. Wiethe
                                                DONETTA D. WIETHE (0028212)
                                                Assistant United States Attorney