200226557
croselle

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. C-1-02-431 |
| Plaintiff, | |
| | JUDGE S. ARTHUR SPIEGEL |
| -vs- | |
| | ****************************************************** |
| **REAL PROPERTY KNOWN AND NUMBERED AS 9550 SHORE DRIVE, UNITS 839A and 839B, SANDS OCEAN CLUB III, MYRTLE BEACH, HORRY COUNTY, SOUTH CAROLINA, WITH ALL APPURTENANCES, IMPROVEMENS AND ATTACHMENTS THEREON,** | **WITHDRAWAL OF CLAIM BY WELLS FARGO HOME MORTGAGE DUE TO PAYMENT OF CLAIM FROM SALE PROCEEDS** |
| **Defendant.** | |

Now comes claimant and interested party, Wells Fargo Home Mortgage, by its duly authorized attorney, and hereby withdraws its claim filed herein (doc. 18) regarding real property known and numbered as 9550 Shore Drive, Units 839A and 839B, Sands Ocean Club III, Myrtle Beach, Horry County, South Carolina for the reason that it has received payment from the sale proceeds of the subject property.

Case No. C-1-02-431<br>LSR No. 200226557

The property was sold and distribution made to Wells Fargo pursuant to the Court's Order herein dated January 5, 2006 (doc. 40).

      Respectfully submitted,

      _____/s/ Cynthia M. Roselle_____
      Cynthia M. Roselle (#0073761)
      LERNER, SAMPSON & ROTHFUSS
      Attorneys for Wells Fargo Home Mortgage
      120 East Fourth Street
      Suite 800
      Cincinnati, Ohio 45202
      PH: (513) 419-4854
      FX: (513) 354-6952
      croselle@lsrlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and exact copy of the foregoing has been duly served upon the following by electronic service this 4th day of April, 2007:

Donetta Donaldson Wiethe, Esq.
Kathleen Mary Brinkman, Esq.
U S Department of Justice - 1
Atrium II
221 E Fourth Street
Suite 400
Cincinnati, OH 45202

Thomas D Heekin, Jr., Esq.
30 East Central Parkway
1st Floor
Cincinnati, OH 45202

      __/s/ Cynthia M. Roselle_____
      Cynthia M. Roselle

Case No. C-1-02-431
LSR No. 200226557